# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

George O. Luce
Oats & Hudson
100 E. Vermillion St., #400
Lafayette LA 70501

Stephen J. Oats
Oats & Hudson
100 E. Vermilion, Suite 400
Lafayette LA 70501

## REHEARING ACTION: December 8, 2010

**Docket Number: 10   00124-CA**

**TENSAS POPPADOC, INC.**
**VERSUS**
**CHEVRON U.S.A., INC.**

**Appealed from CONCORDIA Parish Case No. 40769**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Oswald A. Decuir**
      **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Scott Angelle, Secretary of the Louisiana Department of**

**Natural Resources** has this day been

      **DENIED.**
      Decuir, J., would grant the rehearing.


cc: Brent Stafford Gore, Counsel for the Appellee
    Michael R. Phillips, Counsel for the Appellee
    G. William Jarman, Counsel for the Appellee
    Carol M. Wood, Counsel for the Appellee
    Robert E. Meadows, Counsel for the Appellee
    Patrick A. Talley, Jr., Counsel for the Appellee
    Louis M. Grossman, Counsel for the Appellee
    Albert Moore Hand, Jr., Counsel for the Appellee
    John Allen Jeansonne, Jr., Counsel for the Appellee
    Donovan J. O'Pry, II, Counsel for the Appellee
    D. Russell Holwadel, Counsel for the Appellee
    Guy Earl Wall, Counsel for the Appellee
    James Edward Paxton, Counsel for the Appellee
    Wade Newell Kelly, Counsel for the Appellee
    Hon. Jerold Edward Knoll, Counsel for the Appellee
    William R. Coenen, III, Counsel for the Appellee
    John Hogarth Carmouche, Counsel for the Appellee
    Victor L. Marcello, Counsel for the Appellee
    Kenneth Jay DeLouche, Counsel for the Appellee
    Donald T. Carmouche, Counsel for the Appellee
    James Marshall Jones, Jr., Counsel for the Appellee
    Winston Stephen Walker, Counsel for the Appellee
    Megan K. Terrell, Counsel for the Appellant
    Ryan M. Seidemann, Counsel for the Appellant
    John W. Adams, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**